R

BR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** LEOBARDO RIOS

**County of Residence:**

**County of Residence:** US, Outside State of IL

**Plaintiff's Address:**

1) AUSA
2) Joseph M. Ferguson
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Leobardo Rios
#18809-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808

**Basis of Jurisdiction:**

- ☐ **1. U.S. Government Plaintiff**
- ☑ **2. U.S. Government Defendant**
- ☐ **3. Federal Question (U.S. gov't. not a party)**
- ☐ **4. Diversity**

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

08CV4555
JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN

**Origin:**

- ☑ **1. Original Proceeding**
- ☐ **2. Removed From State Court**
- ☐ **3. Remanded From Appellate Court**
- ☐ **4. Reinstated or Reopened**
- ☐ **5. Transferred From Other District**
- ☐ **6. MultiDistrict Litigation**
- ☐ **7. Appeal to District Judge from Magistrate Judgment**

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** [signature]

**Date:** 8/12/08

FILED
AUG 1 2 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Castillo
Nolan

01CR1143