# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4555 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Leobardo Rios | | |

**DOCKET ENTRY TEXT**

Enter Order. Defendant's pro se petition under 28 U.S.C. §2255 to vacate or set aside his sentence is dismissed for failure to set forth any valid grounds for relief. The Court denies any Certificate of Appealability from this Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mail AO 450

FILED
2008 AUG 18 PM 1:22
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|