# United States District Court

## Northern District of Illinois
### Eastern Division

United States of America        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 08 C 4555

Leobardo Rios

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came before the Court and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the United States of America and against Leobardo Rios.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 8/18/2008

Ruth O'Shea

Ruth O'Shea, Deputy Clerk