FILED
AUG 2 2 2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4555

United States of America v. Rios

CERTIFICATE OF SERVICE

I, Leobardo Rios, #18809-424, swear inder penalty of perjury I served a copy of the attached document on the name:

United States Attorney General
Assistance U.S Attoreny General
Patrick J. Fitzgerald
Dirksen Bldg
219 S. Dearborn St, 5th. Fl.
Chicago , Illinois 60604

by placing it in the mail box at the Federal Correctional Institution Terre, Haute, Indiana.

Dated this 18 day of August, 2008

s/ Leobardo Rios